IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| R & R ACQUISITIONS TEXAS, LLC, | ) ) ) | CV 08-00348 SPK-KSC |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| KAUAI RESORT PARTNERS, LLC; et al. | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on August 14, 2009 and no objections having been filed by any party,[1]

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the August 14, 2009

---

[1] The due date for filing objections was computed by a docket clerk to be September 8, 2009. The date was computed by allowing three days for service under Fed. R. Civ. P. 6(d) and twenty days to object to a report of special master under Fed. R. Civ. P. 53(f)(2). That 23-day period ended on Sunday, Sept. 6, 2009. Because Monday, Sept. 7, 2009, is a legal holiday, the deadline was computed to be September 8, 2009, under Fed. Riv. P. 6(a)(3). Although that deadline has not passed, Plaintiff R & R Acquisitions has already filed a Second Motion for Attorneys Fees to comply with the August 14, 2009 Report of Special Master. R & R will clearly not be objecting to the August 14, 2009 Report (and no other party had filed anything as to the original Motion for Attorneys Fees before Judge Chang, and thus would not be in a position to object to the August 14, 2009 Report of Special Master). In any event, there is no reason not to adopt the August 14, 2009 Report, which only recommended denial without prejudice to a second motion in compliance with the local rules.

Report of Special Master is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: September 2, 2009.

_____
Samuel P. King
Senior United States District Judge